UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

| | |
|---|---|
| HENSCHEN & ASSOCIATES, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>- against -<br><br>AMERICAN PORTFOLIOS FINANCIAL SERVICES, INC.,<br><br>　　　　　　　　　Defendant. | No. 0:10-cv-03590 (JRT) (JSM)<br><br>ECF CASE<br><br>**LOCAL RULE 7.1 CERTIFICATE REGARDING DEFENDANT'S MEMORANDA IN SUPPORT OF ITS MOTION TO DISMISS** |

JOEL S. FORMAN certifies the following:

1. The moving memorandum of law and reply memorandum of law in support of the motion to dismiss filed by the defendant American Portfolios Financial Services, Inc. ("APFS") comply with Local Rule 7.1(d).

2. In preparation of these memoranda, APFS used Microsoft Word. The "Word Count" utility in the word processing program has been applied to both memoranda specifically to include all text, including headings, footnotes, and quotations.

3. The moving memorandum contains 3,953 words and the reply memorandum contains 2,213 words, which totals 6,158 words.

4. APFS's reply memorandum complies with the type size requirements of Local Rule 7.1(f).

Dated: New York, New York
　　　　November 24, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Joel S. Forman
　　　　　　　　　　　　　　　　　　　　　　　　　Joel S. Forman