UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Henschen & Associates, LLC<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>American Portfolios Financial Services, Inc.,<br>　　　　Defendants. | Court File No.: 10-cv-03590 (JRT/JSM)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on November 24, 2010, I caused the following documents:

Reply Memorandum of Law in Further Support of Defendant's Motion to Dismiss Plaintiff's Second, third and Fourth Claims;

Local Rule 7.1 Certificate Regarding Defendant's Memorandum in Support of Its Motion to Dismiss;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Deborah A. Ellingboe | dellingboe@faegre.com |
| Justin P. Krypel | jkrypel@faegre.com |
| Michael Schwartzberg | schwartzberg.m@wssllp.com |
| Steven E. Mellen | mellen.s@wssllp.com |

Dated: November 24, 2010

　　　　　　　　　　　　　　　　　By __s/ Ankoor Bagchi__

2749032v1